UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-80609-CV-COHN/SELTZER

ANNIE Y. FARRO,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.
D/B/A CENTRAL FINANCIAL CONTROL,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

**THIS CAUSE** is before the Court on Plaintiff's Motion for Entry of Final Judgment [DE 33] ("Motion"). The Court has reviewed the Motion, Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment [DE 32], the attachments thereto, and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Final Judgment [DE 31] is **GRANTED**. The Court shall enter a separate final judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of March, 2011.

_____
JAMES I. COHN
United States District Judge

Copies furnished: All Counsel of Record