UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-80609-CV-COHN/SELTZER

ANNIE Y. FARRO,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.
D/B/A CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court's separately entered Order Granting Motion for Final Judgment. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Court enters Final Judgment in favor of the Plaintiff, Annie Y. Farro, and against Defendant, Syndicated Office Systems, Inc. d/b/a Central Financial Control, in the amount of $2,002.00 together with interest thereon at the legal rate from the date of this Final Judgment, for all of which let execution issue.
2. Defendant is permanently enjoined from leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications.
3. Plaintiff's claim under the TCPA is **DISMISSED WITHOUT PREJUDICE**.
4. The Court reserves jurisdiction on the issue of Plaintiff's attorney's fees and costs.
5. The clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of March, 2011.

_____
JAMES I. COHN
United States District Judge

Copies furnished: All Counsel of Record